IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　　v.<br><br>KEN A. LOMBARDI, et al.,<br><br>　　　　Defendants. ／ | No. C-15-4264 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO HOLD CASE IN ABEYANCE FOR SIXTY DAYS; CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is plaintiff's "Notice of Pending Settlement," filed December 4, 2015, in which plaintiff states that a tentative settlement has been reached and requests the above-titled matter be held in abeyance for sixty days to permit finalization of the settlement.

The Court having read and considered plaintiff's request,[1] and finding good cause appearing therefor, plaintiffs' request is hereby GRANTED.

In light of the above, the Case Management Conference is hereby CONTINUED from January 15, 2016, to February 26, 2016, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than February 19, 2016.

**IT IS SO ORDERED.**

Dated:  December 7, 2015

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] To date, no defendant has appeared.