IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br>     v.<br><br>KEN A. LOMBARDI, et al.,<br><br>            Defendants.                                    / | No. C-15-4264 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Before the Court is plaintiff's "Status Report and Request for Continuance of Case Management Conference," filed February 16, 2016, in which plaintiff states that all parties have agreed to a settlement and requests the Case Management Conference be continued for a period of sixty days to afford the parties the opportunity to document the settlement in writing.

The Court having read and considered plaintiff's request,[1] and finding good cause appearing therefor, plaintiffs' request is hereby GRANTED and the Case Management Conference is hereby CONTINUED from February 26, 2016, to April 29, 2016, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than April 22, 2016.

**IT IS SO ORDERED.**

Dated:  February 19, 2016

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] To date, no defendant has appeared.